UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 3:10-CR-00401-MO |
| Plaintiff, | |
| v. | ORDER CONTINUING SUPERVISED RELEASE TERM |
| SONNY WESLEY DAY, | |
| Defendant. | |

MOSMAN, Judge:

On November 5, 2019, defendant appeared with counsel at a hearing to determine whether or not the defendant's supervised release should be revoked. The defendant stipulated to the violation of supervised release. Court found the defendant had violated the conditions of his supervised release by using a controlled substance and failing to participate in the program of a residential reenter center.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is suitable for continued community supervision.

Page 1 - ORDER CONTINUING SUPERVISED RELEASE TERM

**IT IS ORDERED** defendant's term of supervised release is continued subject to the previously imposed standard and special conditions, and the following added special condition:

1) The defendant is remanded to the custody of the United States Marshal and shall remain in custody at a Federal Detention Center or other facility as determined by the United States Marshal until arrangements can be made by a U.S. Probation Officer for direct placement in an inpatient treatment program, or for unescorted travel. Upon receiving notification from the U.S. Probation Officer, the United States Marshal shall release the defendant to the U.S. Probation Officer or the inpatient treatment program.

All other conditions are to remain in full force and effect.

Dated this _____ day of November, 2019.

Michael W. Mosman
United States District Judge